IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ERICA N. DAVIS,<br><br>           Plaintiff,<br><br>v.<br><br>SAPPHIRE CARTAGE, LLC, and<br>FRANKLIN SCOTT SMITH,<br><br>           Defendants. | Case No. 24-cv-178 JPG |

### JUDGMENT

The Court having been advised by counsel for the parties that the above action has been settled;

IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice and without costs.

**Dated: 3/12/2025**          MONICA A. STUMP, Clerk of Court

                                                                                                *s/ Tina Gray, Deputy Clerk*

**Approved:**    *s/J. Phil Gilbert*
                     **J. PHIL GILBERT**
                     **DISTRICT JUDGE**